FILED: September 30, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-7540
(6:08-cv-02039-MBS-WMC)

_____

JONATHAN LEE RICHES, a/k/a Gino Romano,

   Petitioner - Appellant

v.

REX TILLERSON; WARDEN FCI WILLIAMSBURG; LAIRD HAMILTON; GABRIELLE REESE; STATE OF SOUTH CAROLINA,

   Respondents - Appellees

_____

O R D E R

_____

  The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

          For the Court--By Direction

          */s/Patricia S. Connor, Clerk*